

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2021

No. 04-21-00030-CV

**HARLEY ROGERS PARTNERSHIP, LTD.,**
Appellant

v.

**QUICK ROOFING, LLC,**
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. 18621C
Honorable Susan Harris, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file its brief is GRANTED IN PART. It is ORDERED that appellant's brief is due on or before May 28, 2021. No further extensions will be granted absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court